**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 98.204.201.216**

**ISP:** Comcast Cable
**Physical Location:** Montgomery Village, MD

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 11/06/2017 06:11:33 | 0E6127F9B2DFB3D21B9D992387D8AC1406AE9AE6 | Rock Me All Night Long |
| 09/02/2017 16:08:26 | EB1DEB18AC3ED17A44340D4571D91046093655E5 | Blondes Have More Fun |
| 09/02/2017 13:04:29 | 0640C1743D1B7E68227C4577084741FFB8D59DF1 | Fireball |
| 09/02/2017 12:38:22 | 4958362B6CB2055416E046D4036BE5B05DACF4ED | Forbidden Fruit |
| 08/31/2017 15:03:43 | 88DC4EC70AB81986698CE8099924C834DE5C6A5D | Dripping Pleasures |
| 08/31/2017 15:01:42 | 3FD93126635BD61C66DE4819193ECF7BFA453791 | Perfect Pussycat |
| 08/30/2017 01:08:38 | 94E0C3645F6C62E8C533E2C1D54D59FF12F38CE5 | Sex For Three By The Sea |
| 08/29/2017 23:13:04 | 3E5A519146E094E5096B2CF566C83AEA6B7CA904 | Summer Sex with Sybil |
| 08/29/2017 22:49:25 | CBC73FC89097BF10BF2CE303FCD421B117545104 | Emerald Love |
| 08/29/2017 20:42:23 | CC3DF8A65752C0CBF2C10B8755E7B6B494EA30DA | XXX Threeway Games |
| 08/29/2017 20:29:01 | 12853612F55EF3E95784CA8471DA56E6B56010E6 | Sultry Hot Summer |
| 08/29/2017 19:01:31 | C136C7DD628ACA53E7A469D82926876847842F32 | Sympli Sexy Sybil |
| 08/29/2017 19:01:27 | 9E4657AC26A21EF5A2A920B00E1A3C676FD403EA | Black Lace and Blonde Hair in My Bed |
| 08/29/2017 17:48:20 | 61A46020579D808D7753177E3E3C3ADD8DFF4132 | Fit For A Fuck |
| 08/29/2017 16:09:17 | 315E16EBDF8619B6FA22156AC70F516929F35AA1 | Luvv Me Tender |
| 08/29/2017 15:44:15 | 5D1CD31DC7F578EEB47662A149C38B62864B6548 | Born To Be Wild |
| 08/28/2017 22:29:17 | 29E48CB0C760C5B0BD131F13C1920C42AFE71735 | Pure Gold |
| 08/28/2017 17:56:03 | 1BC8607BBCE02E116927BF7E504F16E24363C017 | Susie Up Close and Personal |
| 08/28/2017 17:53:32 | 5A659AD1730678358B4D10AEC2A35F0FB0C89812 | An Afternoon Inside Kim |
| 08/28/2017 17:26:00 | A529B42ED54A8A0414C11158D3CA48903EDCF524 | Welcome To The Jungle |
| 08/28/2017 15:17:40 | EF5D4042CFC7494F6733F36965D3EA0535D62F09 | Luscious Lena |
| 04/06/2017 15:11:05 | 4CBE8879EDEEC66D681CC570CD3434B1CE7788AA | X-art Unauthorized Pack 4CBE887 |

EXHIBIT A

MD657

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 03/30/2017 13:11:40 | 6CF905BABA1FAA0AEB4CE07CCEECA026E1E186D4 | X-art Unauthorized Pack 6CF905B |
| 03/30/2017 13:08:45 | 0C3A9A7C97127021C729A01E4FCAA9BAEE5E1979 | Lovers Lane |
| 03/30/2017 00:03:15 | E3883D55C665C25E64D563037D52817AB7087347 | X-art Unauthorized Pack E3883D5 |
| 03/28/2017 13:44:05 | 47C13D10391D5B4D6639C460720EF2DA64D30A5B | Take Me Now |
| 03/14/2017 00:12:30 | 326CC6FA780A576FD77D9D2786FABB8816B90390 | Deep Inside Gina |
| 05/31/2015 18:04:05 | B5EE4C27ECA70FCC08F0EA843C835A9BE86296A3 | Angel Dust |
| 03/16/2015 18:18:20 | 364A7534512ECD9A301B43DD5C5B019F85B2A076 | Secret Weapon |
| 02/15/2015 15:30:42 | 12B9E2EFF2BCC73E513E0A40073A5C13280C1400 | Sweet Awakening |
| 02/15/2015 08:56:53 | BA520353294B63286016D681522CA0713F431B27 | Lisas Hidden Cam |
| 02/15/2015 05:37:58 | F85A51642E7BB84105916ED5CEB20889A69D60B8 | Summertime Lunch |
| 02/15/2015 03:40:17 | 2E526DC5D5DB9F064CB76A4317B031D7D27E95F3 | Drinks For Two |
| 02/15/2015 02:18:11 | 1D7EBB28EBBAA7246C24D1D1A41AB305296DA7CB | Coming Late |
| 02/15/2015 00:06:16 | EB06CEC9FE3929712B647BA17F7E7301F9DAC094 | First Time |
| 02/14/2015 17:58:34 | 63E2CFBC4871D43C0A76E771220DDDE8C9410875 | Spread Wide Open |
| 02/14/2015 16:36:23 | AAF64ADCF23A63FAA40FE95CB006756F8BCC10F4 | Making Music |
| 02/14/2015 14:59:29 | 33D0A5CDC8BFB8311B2235E22E7DE5259C737BF7 | Competition |
| 02/14/2015 13:03:20 | 5B6E6CDBCB72B17769C200C38063BAA0FF3A2C60 | Never Better |
| 02/14/2015 09:02:31 | 4C8290F62C3DEC8ACFB4D04338B66FDE74F15174 | The Studio Part #2 |
| 02/13/2015 20:56:32 | A7428806B93EDEDBA6EB086617C5124E87071ECE | In The Mirror |
| 02/12/2015 07:16:22 | 8F134EC5FF2540386C201E6EABF4D60DACDA3C37 | Fucking Ballerinas |
| 01/30/2015 17:46:58 | 47BD92BD5B517062EB71E3AB95ADDA28E83DDE65 | Paint Me Beautiful |
| 01/25/2015 17:01:33 | 19CE5AC4B5DD7CC0639E530DDA8DE43408B04C12 | Move with Me |
| 01/25/2015 08:03:39 | 8CE645CB1D0F5009C20CE230F0B98842A9E7DA35 | Sent from Heaven |
| 01/25/2015 06:31:54 | 06D3E352F4576A433BC00158669EE3BA06735A72 | New Romance |
| 01/24/2015 23:34:51 | 8B68096901C5CB40B1648D352B27C6AEE1291666 | Then They Were Three |

EXHIBIT A

MD657

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/24/2015 02:19:12 | 9E4032DDD5D8B7D96FF831DF8CA6ACEEE70BBC26 | Together at Last |
| 01/23/2015 05:31:12 | FA695856B2D661BFF6121F2FE371EA669D9A0B7F | Through the Looking Glass |
| 01/22/2015 19:11:29 | 1DE44408F38D5E5A2BEB2EB8964E51DD945A94DC | Smarty Pants |
| 01/22/2015 08:21:46 | 74C92339596B2C24E290CADE541C602915884C25 | Highrise Rendezvous |
| 01/22/2015 06:39:00 | 3E4F997A28823526850A14474C7E57E98479D35E | In the Blind |
| 01/22/2015 01:59:54 | 20501236168BFFBF29FE940F7EA96C8219E0B0A7 | Only Girls |
| 01/22/2015 00:34:27 | B59DD226219E46AC5FC989C53FAA6C2A12BCCF67 | Carry Me Home |
| 01/21/2015 23:46:32 | 2756740A7F3BBB5C7CDF75B9D1F1ED72E8946F34 | In for the Night |
| 01/21/2015 22:25:29 | BE684BCE129BDE8827B65645291D7B93F04675F2 | Tiffanys Tight Ass |
| 01/21/2015 22:04:43 | F6FFCDEA81184A80B343D308AE599E560389AF29 | Taste Me |
| 01/21/2015 19:25:14 | 34B2C92F5369D72A0C1BAFCB86A446A7F9E3028D | Only Lorena |
| 01/21/2015 19:09:59 | DE18C20E34BF495BEFB1DC281737754FB6316718 | Hot Orgasm |
| 01/21/2015 19:09:39 | D6D446D5F1C44131E41BD572F94355C413780FF4 | Elevated Erotica |
| 01/21/2015 19:05:25 | 128ECDECB063D9E199EA72BB5AAD150DACBBF72D | Angelica means Angel |
| 01/21/2015 16:00:21 | FF192C39C2FA574BE49906B20011F979F8AAEB97 | Creamy |
| 01/21/2015 14:10:34 | 9322D80DD2212BF5E82B08329067E9F3BD83D4FE | Chloe Loves Carl Part 2 |
| 01/21/2015 13:29:54 | 31C837013E87E8FD3CF9CC5B82B08FFFA8FE92DF | Rock Me Baby |
| 01/21/2015 10:02:32 | 4596EFEF134523B22BA6CEC5814BC46C08C7F2B8 | Thunderstorm Love |
| 01/21/2015 09:39:33 | 4EA3461409737F9A5C72A4C838225FC4F3CFB7A8 | They Seem so Sweet |
| 01/21/2015 07:31:41 | 9625B509DFE3BB14523D3836431879E19F857E01 | Sex With Glasses |
| 01/21/2015 06:55:36 | 82B0FC2522C051626A643250C8C068C38CFB76BA | Sparks |
| 01/20/2015 14:16:24 | 8CCEDC5E21AEC36011B50420882935571F245798 | Submissive Seduction |
| 01/20/2015 11:57:49 | 1C0EB515DD0A64B094994B5AA6C57BAAE4EF2E1A | No Turning Back Part #2 |
| 01/20/2015 11:49:40 | 22125D8DEDBEA36229A7E9874F9A76F396FEBC81 | Come To Me Now |
| 01/20/2015 11:41:36 | 66FC06DFFE0813C23F4BA7D569AB95F64D382283 | Sexy In The City |

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/20/2015 11:27:34 | 1806A13DA05A9E90EF21AA9E3BB038E25C628AD0 | Paint Me White |
| 01/20/2015 10:14:29 | F1BC9FD00D98C1F17B173CDCDD6AE9385BDB1695 | Catching Up |
| 01/20/2015 10:07:28 | DD4B1B31D7B83F9F4A438166D7B8E5DDC30683F4 | Fucking Goddesses |
| 01/20/2015 09:55:26 | 91E3982CB5186025E4506BC3D87A7DCC8BCDD14E | Fuck Me More |
| 01/20/2015 06:17:46 | AD4B14C025953EEFA53E2E6BE55662B667E82D43 | From Three to Four Part 2 |
| 01/20/2015 04:58:06 | C8D462309A645291B33E51361C132BC236EBF7D0 | I Love X Art |
| 01/20/2015 04:03:49 | 62EDBE40FDCEB6FEEB1411F215C8389A94ECEB5B | Playing Dress Up |
| 01/20/2015 03:38:31 | 9A0A8372FBD147A14730101BA262D73C67C407B8 | Do Me Darling |
| 01/20/2015 02:59:15 | A1BC8FA63BBCF0D75C1FC40391DF90BB12AA49AE | No Turning Back Part #1 |
| 01/20/2015 02:33:29 | 66CF4FF49B8F1DAF2429423952B71B3F48543982 | Brazilian Love Affair |
| 01/20/2015 02:17:06 | B2BE8CED9707899AAF5C35F69A38200723690B60 | Sunset Memories |
| 01/20/2015 00:43:07 | 92314F790C84FDDD692601CFC185DD738A62BB7B | Sapphically Sexy |
| 01/20/2015 00:13:13 | 84C5E1CE642BF837D12E74FFAC74845FD0667ED6 | Under My Blanket |
| 01/19/2015 23:16:33 | FB19F226C1720F9C293C5E9CB07021829E151D92 | One Show For Each |
| 01/19/2015 22:57:08 | 6B8152ACD1861680B178E8C6FE1A4F92BCE8D036 | Double Oh Heaven |
| 01/19/2015 21:50:41 | CB58BA4C0DDD8C4D0AC4499B6518214046A38E6D | Sex and Submission |
| 01/19/2015 20:53:53 | FB3D32B3FE8F8C542F8490B16062D45E94B8413C | Forever You Part #2 |
| 01/19/2015 20:34:10 | 647FDB5548A79F98FEFF5CB4477E3EC762A61C39 | Go Down On Me |
| 01/19/2015 20:06:49 | D54A287D57980AB53CBDAAEBD54863F68E264ADA | Forever You Part #1 |
| 01/19/2015 19:09:53 | E7457A133CFF1ABB455A70565294CB66D916FF91 | Four Ways |
| 01/19/2015 18:00:10 | 8B4960BEF62639C6513A1EAE1FB0E706AE78B00B | Awe Inspiring Orgy |
| 01/19/2015 17:40:30 | DC947CD8E86A8036741D16AADF7A3007A31FC9F3 | Any And All For You |

**Total Statutory Claims Against Defendant: 227**

EXHIBIT A

MD657