**Copyrights-In-Suit for IP Address 98.204.201.216**

**ISP:** Comcast Cable
**Location:** Montgomery Village, MD

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Rock Me All Night Long | PENDING | 10/18/2017 | 11/07/2017 | 11/06/2017 |
| Blondes Have More Fun | PA0002031882 | 06/08/2016 | 08/29/2016 | 09/02/2017 |
| Fireball | PA0002033401 | 08/11/2016 | 10/20/2016 | 09/02/2017 |
| Forbidden Fruit | PA0002036143 | 10/15/2016 | 12/04/2016 | 09/02/2017 |
| Dripping Pleasures | PA0001941285 | 04/24/2015 | 04/27/2015 | 08/31/2017 |
| Perfect Pussycat | PENDING | 07/27/2017 | 08/30/2017 | 08/31/2017 |
| Sex For Three By The Sea | PENDING | 07/29/2017 | 08/30/2017 | 08/30/2017 |
| Summer Sex with Sybil | PA0002050596 | 06/20/2017 | 08/29/2017 | 08/29/2017 |
| Emerald Love | PENDING | 07/22/2017 | 08/30/2017 | 08/29/2017 |
| XXX Threeway Games | PENDING | 06/30/2017 | 08/30/2017 | 08/29/2017 |
| Sultry Hot Summer | PENDING | 08/16/2017 | 08/30/2017 | 08/29/2017 |
| Sympli Sexy Sybil | PENDING | 07/12/2017 | 08/30/2017 | 08/29/2017 |
| Black Lace and Blonde Hair in My Bed | PA0002050597 | 06/23/2017 | 08/29/2017 | 08/29/2017 |
| Fit For A Fuck | PENDING | 08/12/2017 | 08/30/2017 | 08/29/2017 |
| Luvv Me Tender | PA0002036139 | 09/15/2016 | 12/04/2016 | 08/29/2017 |
| Born To Be Wild | PENDING | 08/25/2017 | 08/30/2017 | 08/29/2017 |
| Pure Gold | PENDING | 08/23/2017 | 08/30/2017 | 08/28/2017 |
| Susie Up Close and Personal | PENDING | 08/06/2017 | 08/30/2017 | 08/28/2017 |
| An Afternoon Inside Kim | PA0002050594 | 06/01/2017 | 08/29/2017 | 08/28/2017 |
| Welcome To The Jungle | PENDING | 08/18/2017 | 08/30/2017 | 08/28/2017 |
| Luscious Lena | PA0002035904 | 09/27/2016 | 12/05/2016 | 08/28/2017 |

EXHIBIT B

MD657

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| X-art Unauthorized Pack 4CBE887: A Dream of You | PA0001909516 | 08/15/2014 | 08/26/2014 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: A Little Time For Myself | PA0001877474 | 01/28/2014 | 01/31/2014 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: A Perfect Match | PA0001862419 | 09/11/2013 | 09/12/2013 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: A Thought Of You | PA0001907104 | 07/13/2014 | 07/25/2014 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Afterthoughts | PA0001909479 | 08/10/2014 | 08/19/2014 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: All About Anna | PA0001886195 | 03/25/2014 | 04/02/2014 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: All Oiled Up | PA0001885187 | 03/15/2014 | 03/24/2014 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Almost Famous | PA0001864687 | 09/27/2013 | 09/30/2013 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: And Then There Was You | PA0001874615 | 12/31/2013 | 01/05/2014 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Apertif Our Style | PA0001874522 | 12/23/2013 | 12/30/2013 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Baby Blues | PA0001867887 | 10/30/2013 | 11/03/2013 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Barely Fits | PA0001928412 | 01/03/2015 | 01/19/2015 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Beautiful Girl | PA0001909784 | 08/25/2014 | 08/26/2014 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Bedtime Hijinks | PA0001912776 | 09/01/2014 | 09/17/2014 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Blindfold Me Part #2 | PA0001867890 | 11/03/2013 | 11/06/2013 | 04/06/2017 |

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| X-art Unauthorized Pack 4CBE887: Blonde Perfection | PA0001926061 | 12/10/2014 | 12/29/2014 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Body Language | PA0001868096 | 10/26/2013 | 11/01/2013 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Bohemian Rhapsody | PA0001867584 | 10/23/2013 | 10/25/2013 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Breakfast at Eves | PA0001909480 | 08/06/2014 | 08/26/2014 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Call Me Fox | PA0001921291 | 10/22/2014 | 11/06/2014 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Cat Fight | PA0001916043 | 09/26/2014 | 10/06/2014 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Come Close | PA0001905140 | 06/23/2014 | 06/30/2014 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Come Inside From the Cold | PA0001862484 | 09/12/2013 | 09/18/2013 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Cum In Get Wet | PA0001923948 | 11/26/2014 | 12/08/2014 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Cut Once More Please | PA0001905491 | 07/01/2014 | 07/02/2014 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Deep Blue Passion | PA0001885168 | 03/21/2014 | 03/24/2014 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Deep Down In Me | PA0001922955 | 11/13/2014 | 11/18/2014 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Double Daydreams | PA0001869246 | 11/13/2013 | 11/21/2013 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Dripping Desires | PA0001918737 | 10/17/2014 | 10/22/2014 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Early Morning | PA0001914536 | 09/07/2014 | 09/16/2014 | 04/06/2017 |

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Orgasm | | | | |
| X-art Unauthorized Pack 4CBE887: East Meets West | PA0001926088 | 12/23/2014 | 12/29/2014 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Enjoy the Ride | PA0001926086 | 12/18/2014 | 12/29/2014 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Epic Love | PA0001898091 | 05/25/2014 | 06/06/2014 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Fantasy Come True | PA0001874629 | 12/19/2013 | 12/26/2013 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Fashion Fantasy | PA0001885185 | 03/13/2014 | 03/24/2014 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Fashion Models | PA0001838599 | 04/19/2013 | 04/28/2013 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Feeling Frisky | PA0001880671 | 02/22/2014 | 02/27/2014 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: For Your Eyes Only | PA0001909485 | 08/11/2014 | 08/19/2014 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Get Wild At Home | PA0001877470 | 01/22/2014 | 01/31/2014 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Give Me More | PA0001904311 | 06/17/2014 | 06/24/2014 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Grow Up With Me | PA0001866185 | 10/17/2013 | 10/19/2013 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Happy Birthday Capri | PA0001846087 | 05/24/2013 | 06/17/2013 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: High School Dropouts | PA0001871934 | 11/21/2013 | 11/29/2013 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Hot Brunettes | PA0001865957 | 10/03/2013 | 10/06/2013 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: I Want to Tell You | PA0001872082 | 11/27/2013 | 12/04/2013 | 04/06/2017 |

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| X-art Unauthorized Pack 4CBE887: I Want You To Want Me | PA0001925335 | 12/06/2014 | 12/10/2014 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: I Will See You In The Morning | PA0001874746 | 01/14/2014 | 01/15/2014 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: In Charge | PA0001865956 | 10/04/2013 | 10/06/2013 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: In Love With A Girl | PA0001866052 | 10/11/2013 | 10/16/2013 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: In The Dark | PA0001908451 | 07/31/2014 | 08/04/2014 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: It Is A Fine Line | PA0001880437 | 02/15/2014 | 02/21/2014 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Just Watch | PA0001898092 | 05/22/2014 | 06/06/2014 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Just Watch Part 2 | PA0001902964 | 05/27/2014 | 06/06/2014 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Knock On My Door | PA0001895763 | 05/09/2014 | 05/16/2014 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Let Me Take Your Picture | PA0001862486 | 09/14/2013 | 09/18/2013 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Light My Fire | PA0001923961 | 11/28/2014 | 12/08/2014 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Listen To Me Cum | PA0001908211 | 07/19/2014 | 07/31/2014 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Lonesome Without You | PA0001887108 | 04/03/2014 | 04/07/2014 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Lost In My Own | PA0001877253 | 01/20/2014 | 01/26/2014 | 04/06/2017 |

EXHIBIT B

MD657

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Moment | | | | |
| X-art Unauthorized Pack 4CBE887: Lovers at Home | PA0001868816 | 11/05/2013 | 11/10/2013 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Lovers in Paradise | PA0001780463 | 12/30/2011 | 03/10/2012 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Meet My Lover From Austria | PA0001898094 | 05/17/2014 | 06/06/2014 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Mile High Club | PA0001877249 | 01/16/2014 | 01/26/2014 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: My Naughty Girl | PA0001868094 | 10/28/2013 | 11/01/2013 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Nice and Slow | PA0001916038 | 09/28/2014 | 10/06/2014 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Only The Lonely | PA0001906563 | 07/07/2014 | 07/15/2014 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Play Me | PA0001847659 | 06/14/2013 | 06/30/2013 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Precious Metal | PA0001908248 | 07/27/2014 | 07/31/2014 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Pretty Bad Girl | PA0001909504 | 08/14/2014 | 08/26/2014 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Pretty Little Belle | PA0001878425 | 02/09/2014 | 02/13/2014 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Queen of Hearts | PA0001914720 | 09/17/2014 | 09/22/2014 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Raw Passion | PA0001860979 | 08/18/2013 | 09/02/2013 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Risky Business | PA0001878455 | 02/01/2014 | 02/18/2014 | 04/06/2017 |
| X-art Unauthorized Pack | PA0001895760 | 05/11/2014 | 05/16/2014 | 04/06/2017 |

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| 4CBE887: Rope Priority | | | | |
| X-art Unauthorized Pack 4CBE887: Santas Little Helper | PA0001874520 | 12/23/2013 | 12/30/2013 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Saturday Eve | PA0001909511 | 08/18/2014 | 08/26/2014 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Serving Seduction | PA0001916704 | 10/08/2014 | 10/09/2014 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Sexy and Wild | PA0001914530 | 09/15/2014 | 09/16/2014 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: So Right Its Wrong | PA0001872084 | 12/01/2013 | 12/04/2013 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Spanish Heat | PA0001917709 | 10/13/2014 | 10/19/2014 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Spellbound | PA0001922954 | 11/15/2014 | 11/18/2014 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Strawberry Morning | PA0001926089 | 12/27/2014 | 12/29/2014 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Sweet Dreamers | PA0001883771 | 03/09/2014 | 03/24/2014 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Tantric Massage | PA0001892180 | 04/25/2014 | 04/29/2014 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Tease Me Please Me | PA0001926095 | 12/20/2014 | 12/29/2014 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: The Journey | PA0001865603 | 10/07/2013 | 10/09/2013 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: The Young and the Restless | PA0001843111 | 05/05/2013 | 05/15/2013 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: They Meet Again | PA0001866049 | 10/11/2013 | 10/16/2013 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: They Only Look | PA0001877471 | 01/24/2014 | 01/31/2014 | 04/06/2017 |

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Innocent | | | | |
| X-art Unauthorized Pack 4CBE887: This Really Happened | PA0001860970 | 08/03/2013 | 09/01/2013 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Tie Her Up For Me | PA0001906551 | 07/03/2014 | 07/14/2014 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Tight and Wet | PA0001923176 | 11/19/2014 | 11/23/2014 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Two By Two | PA0001898093 | 05/23/2014 | 06/06/2014 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Undress Me | PA0001869238 | 11/15/2013 | 11/21/2013 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Unveiling Part #2 | PA0001866188 | 10/15/2013 | 10/19/2013 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Wake Me Up | PA0001887105 | 04/01/2014 | 04/07/2014 | 04/06/2017 |
| X-art Unauthorized Pack 4CBE887: Yours Forever | PA0001907573 | 07/15/2014 | 07/25/2014 | 04/06/2017 |
| X-art Unauthorized Pack 6CF905B: Among the Wildflowers | PA0001954794 | 07/31/2015 | 08/03/2015 | 03/30/2017 |
| X-art Unauthorized Pack 6CF905B: Deepest Desires | PA0001935110 | 02/26/2015 | 03/11/2015 | 03/30/2017 |
| X-art Unauthorized Pack 6CF905B: Inside Caprice | PA0001990004 | 12/29/2015 | 01/18/2016 | 03/30/2017 |
| Lovers Lane | PA0001958622 | 08/14/2015 | 08/18/2015 | 03/30/2017 |
| X-art Unauthorized Pack E3883D5: Carmen Leila Christmas Vacation | PA0001771706 | 12/16/2011 | 01/17/2012 | 03/30/2017 |
| X-art Unauthorized Pack E3883D5: Girls Night Out | PA0001762409 | 11/14/2011 | 11/23/2011 | 03/30/2017 |
| X-art Unauthorized Pack | PA0001780466 | 10/21/2011 | 03/10/2012 | 03/30/2017 |

MD657                                    EXHIBIT B

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| E3883D5: Holiday in Spain X-art Unauthorized Pack | PA0001780470 | 09/15/2011 | 03/10/2012 | 03/30/2017 |
| E3883D5: The Foursome X-art Unauthorized Pack | PA0001779634 | 11/25/2011 | 03/08/2012 | 03/30/2017 |
| E3883D5: The Masseuse | | | | |
| Take Me Now | PA0001937380 | 03/24/2015 | 04/03/2015 | 03/28/2017 |
| Deep Inside Gina | PA0002042043 | 03/03/2017 | 03/13/2017 | 03/14/2017 |
| Angel Dust | PA0001944201 | 05/25/2015 | 05/26/2015 | 05/31/2015 |
| Secret Weapon | PA0001846098 | 05/12/2013 | 06/11/2013 | 03/16/2015 |
| Sweet Awakening | PA0001907077 | 07/09/2014 | 07/27/2014 | 02/15/2015 |
| Lisas Hidden Cam | PA0001914534 | 09/11/2014 | 09/16/2014 | 02/15/2015 |
| Summertime Lunch | PA0001907078 | 07/11/2014 | 07/25/2014 | 02/15/2015 |
| Drinks For Two | PA0001905512 | 06/25/2014 | 07/02/2014 | 02/15/2015 |
| Coming Late | PA0001904286 | 06/19/2014 | 06/24/2014 | 02/15/2015 |
| First Time | PA0001926092 | 12/13/2014 | 12/29/2014 | 02/15/2015 |
| Spread Wide Open | PA0001932115 | 02/11/2015 | 02/17/2015 | 02/14/2015 |
| Making Music | PA0001883769 | 03/07/2014 | 03/22/2014 | 02/14/2015 |
| Competition | PA0001932116 | 02/07/2015 | 02/17/2015 | 02/14/2015 |
| Never Better | PA0001926087 | 12/26/2014 | 12/29/2014 | 02/14/2015 |
| The Studio Part #2 | PA0001931476 | 01/28/2015 | 02/17/2015 | 02/14/2015 |
| In The Mirror | PA0001932118 | 02/09/2015 | 02/17/2015 | 02/13/2015 |
| Fucking Ballerinas | PA0001928404 | 01/17/2015 | 01/19/2015 | 02/12/2015 |
| Paint Me Beautiful | PA0001908674 | 08/04/2014 | 08/11/2014 | 01/30/2015 |
| Move with Me | PA0001878980 | 02/11/2014 | 02/13/2014 | 01/25/2015 |
| Sent from Heaven | PA0001819295 | 12/21/2012 | 12/31/2012 | 01/25/2015 |
| New Romance | PA0001860972 | 08/05/2013 | 09/03/2013 | 01/25/2015 |

EXHIBIT B

MD657

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Then They Were Three | PA0001817761 | 12/09/2012 | 12/16/2012 | 01/24/2015 |
| Together at Last | PA0001846096 | 05/18/2013 | 06/16/2013 | 01/24/2015 |
| Through the Looking Glass | PA0001851980 | 06/30/2013 | 07/05/2013 | 01/23/2015 |
| Smarty Pants | PA0001912774 | 08/28/2014 | 09/17/2014 | 01/22/2015 |
| Highrise Rendezvous | PA0001908213 | 07/25/2014 | 07/31/2014 | 01/22/2015 |
| In the Blind | PA0001909487 | 08/08/2014 | 08/20/2014 | 01/22/2015 |
| Only Girls | PA0001852678 | 06/24/2013 | 06/27/2013 | 01/22/2015 |
| Carry Me Home | PA0001908452 | 07/29/2014 | 08/04/2014 | 01/22/2015 |
| In for the Night | PA0001874670 | 01/06/2014 | 01/06/2014 | 01/21/2015 |
| Tiffanys Tight Ass | PA0001912772 | 08/30/2014 | 09/17/2014 | 01/21/2015 |
| Taste Me | PA0001912773 | 08/27/2014 | 09/17/2014 | 01/21/2015 |
| Only Lorena | PA0001847654 | 06/02/2013 | 06/18/2013 | 01/21/2015 |
| Hot Orgasm | PA0001903922 | 06/03/2014 | 06/12/2014 | 01/21/2015 |
| Elevated Erotica | PA0001909513 | 08/17/2014 | 08/26/2014 | 01/21/2015 |
| Angelica means Angel | PA0001909782 | 08/20/2014 | 08/26/2014 | 01/21/2015 |
| Creamy | PA0001874617 | 01/02/2014 | 01/05/2014 | 01/21/2015 |
| Chloe Loves Carl Part 2 | PA0001906561 | 07/05/2014 | 07/14/2014 | 01/21/2015 |
| Rock Me Baby | PA0001907592 | 07/19/2014 | 07/25/2014 | 01/21/2015 |
| Thunderstorm Love | PA0001909507 | 08/13/2014 | 08/26/2014 | 01/21/2015 |
| They Seem so Sweet | PA0001904151 | 06/15/2014 | 06/19/2014 | 01/21/2015 |
| Sex With Glasses | PA0001903914 | 06/05/2014 | 06/12/2014 | 01/21/2015 |
| Sparks | PA0001916039 | 09/24/2014 | 10/06/2014 | 01/21/2015 |
| Submissive Seduction | PA0001878420 | 02/07/2014 | 02/13/2014 | 01/20/2015 |
| No Turning Back Part #2 | PA0001874525 | 12/27/2013 | 12/30/2013 | 01/20/2015 |
| Come To Me Now | PA0001892181 | 04/21/2014 | 04/29/2014 | 01/20/2015 |

EXHIBIT B

MD657

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Sexy In The City | PA0001905511 | 06/27/2014 | 07/02/2014 | 01/20/2015 |
| Paint Me White | PA0001909785 | 08/24/2014 | 08/26/2014 | 01/20/2015 |
| Catching Up | PA0001889391 | 04/13/2014 | 04/15/2014 | 01/20/2015 |
| Fucking Goddesses | PA0001916051 | 09/30/2014 | 10/06/2014 | 01/20/2015 |
| Fuck Me More | PA0001923957 | 11/22/2014 | 12/08/2014 | 01/20/2015 |
| From Three to Four Part 2 | PA0001902970 | 06/01/2014 | 06/06/2014 | 01/20/2015 |
| I Love X Art | PA0001833296 | 03/29/2013 | 04/01/2013 | 01/20/2015 |
| Playing Dress Up | PA0001874742 | 01/12/2014 | 01/15/2014 | 01/20/2015 |
| Do Me Darling | PA0001921297 | 10/24/2014 | 11/06/2014 | 01/20/2015 |
| No Turning Back Part #1 | PA0001874524 | 12/21/2013 | 12/30/2013 | 01/20/2015 |
| Brazilian Love Affair | PA0001895095 | 05/03/2014 | 05/12/2014 | 01/20/2015 |
| Sunset Memories | PA0001921296 | 10/31/2014 | 11/06/2014 | 01/20/2015 |
| Sapphically Sexy | PA0001921542 | 11/05/2014 | 11/09/2014 | 01/20/2015 |
| Under My Blanket | PA0001925298 | 12/08/2014 | 12/10/2014 | 01/20/2015 |
| One Show For Each | PA0001921295 | 10/26/2014 | 11/06/2014 | 01/19/2015 |
| Double Oh Heaven | PA0001918736 | 10/15/2014 | 10/22/2014 | 01/19/2015 |
| Sex and Submission | PA0001882649 | 03/01/2014 | 03/06/2014 | 01/19/2015 |
| Forever You Part #2 | PA0001923966 | 11/30/2014 | 12/08/2014 | 01/19/2015 |
| Go Down On Me | PA0001904131 | 06/11/2014 | 06/19/2014 | 01/19/2015 |
| Forever You Part #1 | PA0001923965 | 11/23/2014 | 12/08/2014 | 01/19/2015 |
| Four Ways | PA0001914532 | 09/13/2014 | 09/16/2014 | 01/19/2015 |
| Awe Inspiring Orgy | PA0001917712 | 10/11/2014 | 10/19/2014 | 01/19/2015 |
| Any And All For You | PA0001908677 | 08/02/2014 | 08/11/2014 | 01/19/2015 |

**Total Malibu Media, LLC Copyrights Infringed:  227**

EXHIBIT B

MD657