**X-art Unauthorized Pack 4CBE887**

| | | |
|---|---|---|
| A Dream of You | A Little Time For Myself | A Perfect Match |
| Afterthoughts | All About Anna | All Oiled Up |
| And Then There Was You | Angelica Means Angel | Any And All For You |
| Baby Blues | Barely Fits | Beautiful Girl |
| Blindfold Me Part #2 | Blonde Perfection | Body Language |
| Brazilian Love Affair | Breakfast at Eves | Call Me Fox |
| Chloe Loves Carl Part 2 | Come Close | Come Inside From the Cold |
| Cum In Get Wet | Cut Once More Please | Deep Blue Passion |
| Do Me Darling | Double Daydreams | Dripping Desires |
| East Meets West | Elevated Erotica | Enjoy the Ride |
| Fantasy Come True | Fashion Fantasy | Fashion Models |
| First Time | For Your Eyes Only | Forever You Part #1 |
| From Three to Four Part 2 | Fuck Me More | Fucking Ballerinas |
| Give Me More | Go Down On Me | Grow Up With Me |
| High School Dropouts | Highrise Rendezvous | Hot Brunettes |
| I Want You To Want Me | I Will See You In The Morning | In Charge |
| In the Blind | In The Dark | It Is A Fine Line |
| Just Watch Part 2 | Knock On My Door | Let Me Take Your Picture |
| Listen To Me Cum | Lonesome Without You | Lost In My Own Moment |
| Lovers in Paradise | Meet My Lover From Austria | Mile High Club |
| My Naughty Girl | Nice and Slow | No Turning Back Part #1 |
| Only The Lonely | Paint Me Beautiful | Paint Me White |
| Playing Dress Up | Precious Metal | Pretty Bad Girl |
| Queen of Hearts | Raw Passion | Risky Business |
| Santas Little Helper | Saturday Eve | Secret Weapon |
| Sexy and Wild | Smarty Pants | So Right Its Wrong |
| Spellbound | Strawberry Morning | Submissive Seduction |
| Sweet Dreamers | Tantric Massage | Taste Me |
| The Journey | The Young and the Restless | They Meet Again |
| They Seem So Sweet | This Really Happened | Tie Her Up For Me |
| Tight and Wet | Two By Two | Undress Me |
| Wake Me Up | Yours Forever | |

**Total Registered Works in X-art Unauthorized Pack 4CBE887: 126**

Exhibit C

MD657

**X-art Unauthorized Pack 6CF905B**

Among the Wildflowers

Deepest Desires

Inside Caprice

Lovers Lane

Rock Me Baby

**Total Registered Works in X-art Unauthorized Pack 6CF905B: 5**

Exhibit C

MD657

**X-art Unauthorized Pack E3883D5**

Carmen Leila Christmas Vacation

Girls Night Out

Holiday in Spain

The Foursome

The Masseuse

**Total Registered Works in X-art Unauthorized Pack E3883D5: 5**

Exhibit C

MD657