## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

MALIBU MEDIA, LLC,                          *

      Plaintiff,                          *          CASE NO. 8:18-cv-00789-RWT

v.                                          *

JOHN DOE subscriber assigned IP address     *
98.204.201.216,

                           *

      Defendant.                          *

                           *

### ORDER ON PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT

THIS CAUSE came before the Court upon Plaintiff's First Motion for Extension of Time

Within Which it Has to Serve John Doe Defendant with a Summons and Amended Complaint

(the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have until July

30, 2018, to effectuate service of a summons and Amended Complaint upon John Doe

Defendant.

SO ORDERED this _14th_ day of _June_ , 2018.


By: _____
         **UNITED STATES DISTRICT JUDGE**