UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | * | |
| Plaintiff, | * | CASE NO. 8:18-cv-00789-RWT |
| v. | * | |
| JOHN DOE subscriber assigned IP address 98.204.201.216, | * | |
| | * | |
| Defendant. | * | |
| | * | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe was assigned the IP Address 98.204.201.216. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: August 8, 2018

"APPROVED" THIS 9th DAY of August 2018

_____
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

MALIBU MEDIA, LLC.
PLAINTIFF
By: /s/ *Jon A. Hoppe*
Jon A. Hoppe, Esquire #6479
*Counsel*
Law Offices of Jon A. Hoppe,
Esquire, LLC
1025 Connecticut Avenue, NW

1

Ste. 1000
Washington, DC. 20036
(202) 587-2994

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2018 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Jon A. Hoppe*
Jon A. Hoppe, Esquire